IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

Felicia Strothers, *pro se*  )
9306 Katie Lane  
Laurel, Maryland  20723  )

Plaintiff  )

v.  )   CASE NO. CAL14-27641

City of Laurel, Maryland  )
(Mayor & City Council)  
8103 Sandy Spring Road  )
Laurel, Maryland  20707  
  )
Defendant

\* \* \* \* \* \* \* \* \*

## COMPLAINT

The Plaintiff, Felicia Strothers, *pro se*, a resident of the State of Maryland, hereby files this complaint against the Defendant, City of Laurel, Maryland (Mayor & City Council), as she was given the right to sue by the Equal Opportunity Employer. The Complaint includes the following facts:

1. That the Plaintiff, Felicia Strothers, was hired to work for the City of Laurel's ill-defined office, Department of Communications on October 7, 2013 as an Administrative Assistant II.

2. That the Plaintiff was placed on a six (6) month probation.

3. That the Plaintiff was wrongfully terminated on March 7, 2013, exactly five (5) months after being hired; exactly one (1) month from the end of her probation.

4. That the Plaintiff's name was slandered as a result of falsely accusing said Plaintiff of excessive tardiness.

5. That the Plaintiff believes she was terminated as a result of a departmental reorganization and as a result of her complaining of harassment by Supervisor, Carreen Koubek; retaliation.

6. That the harasser, Carreen Koubek, was never reprimanded for said harassment.

7. That after experiencing daily harassment by Carreen Koubek, the Plaintiff complained verbally and in writing to several authority figures including, the Director of Communications, Pete Piringer, the City Administrator, Kristie Mills, the Human Resources Department, Michael Greene, the City Council President, Fred Smalls, and the Mayor, Craig A. Moe.

8. That despite all pertinent personnel's knowledge of said harassment, it was never addressed and no action was taken.

9. That as a minority and woman over 40, I was targeted by the harasser, Carreen Koubek as it was stated by the Director of Communications, Pete Piringer, that she wanted someone else in the position; someone of a different race and from the inside.

10. That Nepotism has been alleged in the City of Laurel and the City of Laurel is currently being investigated by a firm hired by the Mayor, Craig A. Moe.

11. That though I was a probationary employee, I am still a citizen of the United States and under a protected class; my civil rights were violated.

12. That the Plaintiff suffered said harassment for the full five (5) months of employment.

13. That the Plaintiff suffered emotional distress during and after said employment.

14. That the Plaintiff believe that her termination was due to retaliation of

15. That I never had a chance hired under such circumstances and coming into such a hostile environment.

16. That on or about November 27, 2013, I requested documents from my Human Resource's file since after only employed a little over a month, Carreen Koubek had complaints about me and my work. I was then given a copy of a six (6) paged typed journal Carreen Koubek was keeping on me and placed in my Human Resource file without my knowledge.

17. That on or about January 7, 2014, Carreen Koubek, harasser gave me a total unsatisfactory on an interim evaluation that I was not made aware of in advance.

18. That I was hired to work for an ill-defined new office and in a brand new ill-defined position as an Administrative Assistant for the Department of Communications.

19. That on two separate occasions, the Plaintiff was harassed by the harasser, Carreen Koubek, about the pants she was wearing and pulled on said pants and accused the Plaintiff of wearing leggings instead of jeans on a casual Friday. These incidents took place on or about February 21st and February 28th.

20. That the Plaintiff sent a memo complaining of the incidents and continued harassment to the Director of Communications, Pete Piringer and the City Administrator, Kristie Mills and verbally complained about the incidents to the Mayor Craig A. Moe and nothing was done and there was no response only a termination a couple of weeks after my complaint.

21. That I was given the opportunity to appeal to get my job back and did so only to be denied.

22. That I respectfully request a jury.

23. That the Plaintiff respectfully requests a judgment against the Defendant based on racial discrimination, discrimination of age and wrongful termination in the amount of $876,000; reimbursement of any and all court costs, any and all attorney's fees.

_____
Felicia Strothers, *pro se*

Felicia Strothers
9306 Katie Lane
Laurel, Maryland  20723
(240) 535-5293